IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **In Re . . .**<br>**Criminal Complaint** | ) Criminal No.   5:25-MJ-125 (MJK)<br>)<br>) **Government's Unsealing Application**<br>)<br>)<br>)<br>)<br>) |

The United States of America, by and through its counsel of record, the United States Attorney for the Northern District of New York ["NDNY"], hereby applies to the Court to unseal the following document: Criminal Complaint filed on 4/25/25 in Criminal No. 5:25-MJ-125 (MJK). The reasons provided for the sealing of such document are no longer applicable.

Dated: April 28, 2025

JOHN A. SARCONE III
United States Attorney

By:   */s / Geoffrey JL Brown*
Geoffrey JL Brown
Assistant United States Attorney
Bar Roll No. 513495